IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HANNAH KAY PECK, Individually and in**            **PLAINTIFF**
**her capacity as TRUSTEE OF THE PECK**
**FAMILY TRUST DATED JUNE 15, 2001**

V.                    NO. 4:09-CV-00131-GTE

**MIKE ARTHUR, MATTHEW McDANIAL,**
**and HEATH STEPHENS**           **DEFENDANTS**

## ORDER STAYING CASE

Before the Court is a motion to stay filed by Plaintiff. For cause, Plaintiff states that an Order has been entered by the U.S. District Court for the Northern District of Texas, Dallas Division in *Securities and Exchange Commission v. Stanford International Bank, Ltd.*, appointing a receiver ("the Receivership Order"). Plaintiff represents that the Receivership Order imposes the requirement that anyone seeking to file a lawsuit outside the district against anyone who might be related to the Receivership Estate first obtain leave from the Northern District of Texas Court.

This action was filed with the Court on February 24, 2009. Defendants have not yet answered, and the record does not reflect whether they have been served with the Complaint and summons. Plaintiff also requests that the Court direct that Defendants' Answers to Plaintiff's Complaint shall be filed within twenty (20) days of the Northern District of Texas' determination that Plaintiff may proceed with this action. That portion of Plaintiff's motion will be denied.

For good cause shown,

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Stay of Proceedings (Docket No. 5) be, and it is hereby, GRANTED IN PART and DENIED IN PART.  This action is hereby STAYED.

IT IS FURTHER ORDERED that the Clerk of the Court shall administratively terminate the action in his records, without prejudice to the right of the parties to reopen the case for further proceedings.  If Plaintiff obtains permission to proceed with this lawsuit, she shall move to reopen this action not later than sixty (60) after obtaining such permission, and she shall attach to her motion a copy of the Order or other document showing that this case may proceed.

IT IS FURTHER ORDERED THAT if Defendants have not yet been served in this case, they must be served <u>after</u> this case is reopened and shall have the time to respond provided by the Federal Rules of Civil Procedure.  If Defendants have already been served, then their time to file an Answer or to otherwise respond to the Complaint in this case shall be the greater of twenty (20) days after this case is reopened, or the time period allowed by the Federal Rules of Civil Procedure.

IT IS SO ORDERED this   10th    day of March, 2009.

      /s/Garnett Thomas Eisele
      UNITED STATES DISTRICT JUDGE